

**SO ORDERED.**
**SIGNED this 3rd day of March, 2022**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**ALBERTUS JOHANNES VAN ZYL**     Case No. **3:21-BK-31590-SHB**
Chapter 7

Debtor.

### AGREED ORDER ON TRUSTEE'S OBJECTION TO EXEMPTIONS

The Trustee filed an objection to the Debtor's claimed exemptions pursuant to Fed. R. Bank. P. 4003 [Doc. 14]. The primary objection of the Trustee was the use of Federal exemptions, as the Trustee claimed that the Debtor had resided long enough in Tennessee to require use of state exemptions. At a hearing on Thursday, February 24, 2022 the Trustee and the Debtor announced that they had reached an agreement to settle this dispute over the exemptions. Specifically, the parties have agreed that the matter shall be resolved by the Debtor paying the Trustee $2,800 in installments of $250.00 per month, with the first payment due on or before April 1, 2022. The Debtor has agreed to execute a promissory note in accordance with this settlement. The amount

agreed to by the parties represents the amount the Debtor would be over in his exemptions if the

Tennessee state exemptions were applied.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Chapter 7 Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Horizon Plaza
Knoxville, TN 37929
Phone:  865-524-1873 ext. 212
rej@qcflaw.com


*/s/ William E. Maddox, Jr.*
William E. Maddox, ESQ.
BPR NO. 017462
Counsel for the Debtor
**WILLIAM E. MADDOX, JR.**
608 Mabry Hood Road, Suite 202
Knoxville, TN 37932
865-672-8496
wem@billmaddoxlaw.com